United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELLIE SAMI, | No. C 12-00108 DMR |
| Plaintiff, | **ORDER CONTINUING HEARING DATE ON MOTION FOR AWARD OF ATTORNEY FEES** |
| v. | |
| WELLS FARGO BANK, N.A., et al., | |
| Defendants. | |
| _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that the hearing on Defendant Wells Fargo Bank's Motion for Award of Attorney Fees, previously noticed for May 14, 2012, is hereby continued to **May 24, 2012** at 11:00 a.m. at the U.S. District Court, 1301 Clay Street, Oakland, California 94612. For courtroom number and floor information, please check the Court's on-line calendar at http://www.cand.uscourts.gov (click "Calendars" link on left side, click link to Judge Ryu's calendar) or call Judge Ryu's Courtroom Deputy, Ivy Garcia, at (510) 637-3639, one week prior to the scheduled hearing. The briefing schedule on the motion remains unchanged.

IT IS SO ORDERED.

Dated: April 19, 2012

_____
DONNA M. RYU
United States Magistrate Judge