**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELLIE SAMI, | No. C-12-00108 DMR |
| Plaintiff, | **ORDER PERMITTING ADDITIONAL BRIEFING AFTER HEARING** |
| v. | |
| WELLS FARGO, et al., | |
| Defendants. | |
| _____/ | |

At the May 24, 2012 hearing on Defendant Wells Fargo Bank's motion for award of attorneys' fees, Plaintiff cited paragraph 14 of the deed of trust in support of her argument that Defendant failed to provide adequate notice of its demand for fees. *See* RJN, Ex. C. As the court noted at the hearing, Plaintiff raised this notice provision for the first time during oral argument. Further, Plaintiff did not contend that this notice provision was contained also in the note, citing only the provision governing "NOTICES REQUIRED UNDER THIS SECURITY INSTRUMENT" in the deed of trust.

Upon further review of the record, the court notes that a similar notice provision is also contained in the Adjustable Rate Mortgage Note at paragraph 8 ("GIVING OF NOTICES"). *See* RJN, Ex. B. Although Plaintiff failed to raise timely arguments and is deemed to waived her arguments based on these notice provisions, the court finds that these provisions may be determinative of the pending motion for award of fees. In the interest of justice, the court hereby grants Defendant Wells Fargo Bank leave to file a supplemental brief citing relevant authority which addresses the limited issues of whether the notice provisions of the deed of trust and the note are

1  applicable here and whether they have been satisfied.  Defendant must file a responsive brief of no
2  more than eight (8) pages in length by June 18, 2012, after which date the matter will be taken under
3  submission.  No further briefing by Plaintiff shall be permitted.

5      IT IS SO ORDERED.
6  Dated:  June 4, 2012

DONNA M. RYU
United States Magistrate Judge

**United States District Court**
For the Northern District of California

2